# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2013

147766 & (63)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re DAVILA, Minors.

SC: 147766
COA: 313019
Oakland CC Family Division:
2012-793577-NA

_____/

On order of the Court, the application for leave to appeal the August 29, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to strike is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2013



Clerk

p1022